UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECOIL LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REMET ALCOHOLS, INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05754-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: ECF 1 |

This Court orders SpecOil LLC ("SpecOil") to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Federal courts are courts of limited jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). District courts have subject matter jurisdiction through federal question or diversity jurisdiction. 28 U.S.C. §§ 1331, 1332. Diversity jurisdiction requires complete diversity of citizenship and an amount in controversy greater than $75,000. 28 U.S.C. § 1332(a). SpecOil claims this Court has diversity jurisdiction, but does not provide sufficient information to establish diversity of citizenship. *See* ECF 1 ("Compl.") ¶5.

SpecOil states it "is an Indiana limited liability company, with its principal place of business in Texas." Compl. ¶1. But "for the purposes of diversity . . . an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Without information on the citizenship of SpecOil's owners/members, this Court cannot assess whether complete diversity exits.

Accordingly, SpecOil must show cause in writing by November 22, 2023, why this case should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: November 8, 2023　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge